**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01110-CV

**DEAN BUESCHER, ET AL., Appellants**

**V.**

**FIRST UNITED BANK & TRUST CO., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02559-2009**

## ORDER

We **GRANT** the September 30, 2014 motion of Niki Garcia, Official Court Reporter for

the 366th Judicial District Court of Collin County, Texas, for an extension of time to file the

reporter's record.  The reporter's record shall be filed by **OCTOBER 30, 2014**.

/s/    ELIZABETH LANG-MIERS
          JUSTICE